EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 8 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 04-00314 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1); |
| | ) | 841(b)(1)(A), 846] |
| JAIME REYES,       (01) | ) | |
| SLOANE CONWAY,    (02) | ) | |
|    aka SLOANE VERACRUZ, | ) | |
|    aka SLOANE VIVEIROS, | ) | |
| ANTONIO HAWELU,   (03) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown up through and including on or about July, 2003, in the District of Hawaii and elsewhere, Defendants JAIME REYES, SLOANE CONWAY, also known as "Sloane


SEALED
BY ORDER OF THE COURT

Veracruz," also known as "Sloane Viveiros," ANTONIO HAWELU and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, approximately twenty pounds, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

### OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. In or around March, 2003, Defendant SLOANE CONWAY travelled to San Francisco, California with others transporting cash to obtain methamphetamine.

2. In or around March, 2003, Defendant SLOANE CONWAY gave Defendant JAIME REYES cash and Defendant JAIME REYES gave Defendant SLOANE CONWAY boxes containing methamphetamine for distribution to others in Hawaii.

3. In or around March, 2003, Defendants SLOANE CONWAY and ANTONIO HAWELU travelled to Honolulu, Hawaii from California with methamphetamine for distribution in Hawaii.

4. During the period approximately April, 2003, through June, 2003, Defendant SLOANE CONWAY and others sent federal

express parcels containing cash from the District of Hawaii to Defendant JAIME REYES in California.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

### Count 2

The Grand Jury further charges that:

In or around March 2003, in the District of Hawaii, Defendants JAIME REYES, SLOANE CONWAY, also known as "Sloane Veracruz", also known as "Sloane Viveiros" and ANTONIO HAWELU did knowingly and intentionally, distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a

//
//
//
//
//
//
//
//
//
//
//

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED:     AUG 1 8 2004     , 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES V. JAIME REYES, ET. AL
Cr. No. _____
"INDICTMENT"

4