PROB 12B
(7/93)

# United States District Court

## for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2008

at 10 o'clock and 45 min. __ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  ANTONIO HAWELU           Case Number:  CR 04-00314JMS-03

Name of Sentencing Judicial Officer:   The Honorable J. Michael Seabright
                                        U.S. District Judge

Date of Original Sentence:  11/7/2005

Original Offense:   Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Approximately 20 Pounds), in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A), a Class A felony

Original Sentence:  Forty-eight (48) months imprisonment to be followed by four (4) years supervised release, with the following special conditions: 1) That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office; and 2) That the defendant execute all financial disclosure forms, and provide the Probation Office any requested financial information.

Type of Supervision:  Supervised Release      Date Supervision Commences:  4/1/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

3)   *That the defendant be placed in Mahoney Hale, a residential reentry center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.*

Prob 12B
(7/93)

2

## CAUSE

The subject is currently in Mahoney Hale as a U.S. Bureau of Prison's inmate and is scheduled to begin supervised release on 4/1/2008. On 1/9/2008, the subject was interviewed at Mahoney Hale, at which time he related that he did not have a release residence and did not think that he would be able to secure a residence by his release date. The subject requested that he be allowed to remain at Mahoney Hale from 4/1/2008 as a public law placement in order for him to save money and obtain housing. We believe he would benefit from remaining at Mahoney Hale.

It is respectfully recommended that the Court modify the subject's conditions of supervised release to include placement at Mahoney Hale.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JOHN T. HISASHIMA
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 1/16/2008

Prob 12B
(7/93)

3

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

_____
J. MICHAEL SEABRIGHT
U.S. District Judge

1/16/08
_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

   3)   *That the defendant be placed in Mahoney Hale, a residential reentry center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.*

Witness: _____        Signed: _____
         JOHN T. HISASHIMA                              ANTONIO HAWELU
         U.S. Probation Officer                         Supervised Releasee

                    1/16/08
                    _____
                    Date